UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      :
                                                            :       Case Nos. 09-12889 (REG)
AGT Crunch Acquisition, LLC, et al.,                        :
a/k/a Crunch Fitness or Crunch,                             :       (Jointly Administered)
                                                            :
                                                            :       Chapter 11
                                                 Debtors.   :
-------------------------------------------------------------x

# APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

     Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. DFD Development, LP
   352 Park Avenue South, 15th Floor
   New York, New York   10010
   Attn: Jules Demclock, Sole Manager of General Partner
   Telephone No. (212) 481-8200
   Fax No. (212) 481-9586

2. 8000 Sunset Boulevard Owner, LLC
    150 N. Wacker Dr., #800
   Chicago, Illinois   60806
   Attn: Dirk Degenaars, Managing Director
   Telephone No. (312) 499-1981
    Fax No. (312) 499-1901

3. 25 Broadway Sublandlord, LLC
   c/o The Wolfson Group
   One State Street Plaza
   New York, New York   10004
   Attn: Aaron Wolfson
   Telephone No. (212) 344-5210
    Fax No. (212) 363-8459

4. 2700 Halsted Building, LLC
1332 N. Halsted St., #216
Chicago, Illinois   60642
Attn: Janet Fischer, Property Manager
Telephone No. (312) 204-9944
Fax No. (312) 475-1188

5. Bigtime Design Studios
901 NE 79th Street
Miami, Florida   33138
Attn: Orlando Lamas, President
Telephone No. (305) 758-4566
Fax No. (305) 808-3463

6. Tower Place, LP
c/o Rreef
3340 Peachtree Road, Suite 250
Atlanta, Georgia   30326
Attn: Faye Phillips, Vice-President
Telephone No. (404) 467-6559
Fax No. (404) 467-6556

7. Hollywood Horizons Properties, LLC
120 Central Park South
New York, New York   10019
Attn: Ron Franklin, Manager
Telephone No.  (212) 506-2527
Fax No. (212) 847-5927


Dated: New York, New York
       May 12, 2009

                                    DIANA G. ADAMS
                                    UNITED STATES TRUSTEE

                           By:    /s/ Susan D. Golden
                                    Susan D. Golden
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York   10004
                                    Tel. No. (212) 510-0500