Hearing Date and Time: August 10, 2009, at 2:00 p.m. (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
                                                                :
In re:                                                          :       Chapter 11
                                                                :
AGT CRUNCH ACQUISITION LLC, et al.,                             :       Case No. 09 -12889 (REG)
                                                                :
                                                Debtors.[1]     :       Jointly Administered
---------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the hearing to consider the CH Fitness Sales Motion [Docket No. 13], the Hauppauge Sale Motion [Docket No. 434], and the Third Lease Rejection Motion [Docket No. 67], as had been scheduled for August 10, 2009, at 10:30 a.m. (EST), has been adjourned until **August 10, 2009, at 2:00 p.m. (EST)**, or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York.

PLEASE TAKE FURTHER NOTICE that that the hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

Dated:   August 10, 2009
         New York, New York

                                                /s/ Shmuel Vasser
                                                Shmuel Vasser
                                                Davin J. Hall
                                                DECHERT LLP
                                                1095 Avenue of the Americas
                                                New York, New York 10036
                                                Telephone: (212) 698-3500
                                                Facsimile: (212) 698-3599
                                                shmuel.vasser@dechert.com
                                                davin.hall@dechert.com

                                                Attorneys for the Debtors
                                                and Debtors in Possession

---

[1] The Debtors in these cases are: AGT Crunch Acquisition LLC, Sports & Fitness Ventures LLC, AGT Crunch Services LLC, Crunch CFI LLC, AGT Crunch Atlanta LLC, Crunch CFI Georgia, LLC, Crunch CFI Atlanta, LLC, AGT Crunch Chicago LLC, Crunch CFI GW, LLC, AGT Crunch Los Angeles LLC, AGT Union Street LLC, AGT Crunch Miami LLC, AGT Crunch New York LLC, Fort Greene Sports Club, LLC, Hauppauge Sports Club, LLC, Crunch CFI New York, LLC, Park Slope Sports Club, LLC, 113 4th Sports Club, LLC, AGT Crunch San Francisco LLC, Crunch CFI San Francisco, LLC, AGT Crunch Washington DC LLC, and The Silver Springs Sports Club, L.L.C.

15230070