UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                    Chapter 11

AGT WIND DOWN ACQUISITION LLC, et al.,         Case No. 09-12889 (REG)

                            Debtors.            (Jointly Administered)
----------------------------------------------------------------x

**NOTICE OF: (I) ENTRY OF ORDER CONFIRMING
TRUSTEE'S FIRST MODIFIED PLAN OF LIQUIDATION OF
AGT WIND DOWN ACQUISITION LLC ET AL., DATED MARCH 17, 2010,
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE;
AND (II) OCCURRENCE OF EFFECTIVE DATE UNDER PLAN**

**PLEASE TAKE NOTICE THAT:**

1. On July ___ 2010, the United States Bankruptcy Court for the Southern District of New York entered an order (the "Confirmation Order") confirming the First Modified Plan of Liquidation of AGT Wind Down Acquisition LLC, et al., dated March 17, 2010 (the "Plan"). To request a copy of the Plan, please contact Katina Brountzas at Silverman Acampora LLP, 516-479-6300.

2. As of ___, 2010, all the conditions to consummation of the Plan set forth in section ___ of the Plan were either satisfied or waived. Accordingly, on ___, 2010, the Effective Date occurred with respect to the Plan.

Dated: Jericho, New York
        _____, 2010

                                                               **SILVERMAN ACAMPORA LLP**
                                                               Attorneys for the Official Committee of
                                                                Unsecured Creditors of AGT Wind Down
                                                                Acquisition LLC, et al.


                                                                By:_____
                                                                   Ronald J. Friedman
                                                               A Member of the Firm
                                                               100 Jericho Quadrangle, Suite 300
                                                               Jericho, New York 11753
                                                               (516) 479-6300

GMD/D309005v/F057049